UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LIEB<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, *et al.*,<br><br>Defendants | No. 1:26-cv-04448-JLT-EPG<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT AND CONTINUATION OF TE INITIAL SCHEDULE CONFERENCE<br><br>(ECF No. 9) |

On August 13, 2026, the parties filed a joint motion to extend the time for Defendants to respond to Plaintiff's first amended complaint and to continue the initial scheduling conference. (ECF No. 9) The motion provides the following:

> Plaintiff LORI LIEB ("Plaintiff") and Defendant QUEST DIAGNOSTICS INCORORATED ("Defendant"), by and through their respective counsel, hereby jointly move the Court for an extension of time for Defendant to file a response to the First Amended Complaint ("FAC") and for a continuance of the Initial Scheduling Conference. The total period of extension already obtained by the Parties is as follows:
>
> 1. Plaintiff filed the Complaint on June 9, 2026 (Dkt. 1).
> 2. On June 10, 2026, the Court issued a summons and set an Initial Scheduling Conference for September 15, 2026. (Dkt. 3).
> 3. Plaintiff filed the FAC on June 25, 2026, (Dkt. 5) and served Defendant on June 29, 2026.
> 4. The Parties entered into a Stipulation to Extend Time to respond to the First Amended Complaint by 28 days pursuant to Local Rule 144(a), making the response due on August 17, 2026. (Dkt. 7).
> 5. The Court granted the Parties' Stipulation to Extend Time to Respond to the First Amended Complaint and ordered Defendant to file a response no later than August 17, 2026. (Dkt. 8).
> 6. The Parties are engaged in initial settlement negotiations.

> 7. On August 13, 2026, the Parties agreed that a 30-day extension of Defendant's deadline to respond to the First Amended Complaint until September 16, 2026, would be appropriate to allow the parties to continue their negotiations and, hopefully, reach a resolution.
> 8. Relatedly, the Parties wish to continue the Initial Scheduling Conference currently scheduled for September 15, 2026, by at least 28 days, until October 13, 2026, or another date convenient for the Court.
> 9. Good cause exists for the additional 30-day extension and the continuance because the time will allow the Parties to continue settlement negotiations, without requiring the Defendant to expend additional resources to respond to the First Amended Complaint and without using other Court resources.

(*Id.*).

Upon review, the Court shall grant the parties' joint motion and HEREBY ORDERS Defendants to file a response to the first amended complaint no later than September 16, 2026. Further, the currently set September 15, 2026, Initial Scheduling Conference shall be similarly continued and will be reset for October 22, 2026, at 10:00 a.m. The parties are directed to file a joint status report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **August 14, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE