UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LIEB<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, *et al*.,<br><br>Defendants | No. 1:26-cv-04448-JLT-EPG<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT AND CONTINUATION OF THE INITIAL SCHEDULE CONFERENCE<br><br>(ECF No. 11) |

On September 11, 2026, the parties filed a joint motion to extend the time for Defendants to respond to Plaintiff's first amended complaint. (ECF No. 11). The motion provides the following:

> Plaintiff LORI LIEB ("Plaintiff") and Defendant QUEST DIAGNOSTICS INCORORATED ("Defendant"), by and through their respective counsel, hereby jointly move the Court for an extension of time for Defendant to file a response to the First Amended Complaint ("FAC").The total period of extension already obtained by the Parties is as follows:
>
> 1. Plaintiff filed the Complaint on June 9, 2026 (Dkt. 1).
> 2. On June 10, 2026, the Court issued a summons and set an Initial Scheduling Conference for September 15, 2026. (Dkt. 3).
> 3. Plaintiff filed the FAC on June 25, 2026, (Dkt. 5) and served Defendant on June 29, 2026.
> 4. The Parties entered into a Stipulation to Extend Time to respond to the First Amended Complaint by 28 days pursuant to Local Rule 144(a), making the response due on August 17, 2026. (Dkt. 7).
> 5. The Court granted the Parties' Stipulation to Extend Time to Respond to the First Amended Complaint and ordered Defendant to file a response no later than August 17, 2026. (Dkt. 8).
> 6. The Parties filed a joint motion to extend Defendant's time to respond to the FAC and

continue the Initial Scheduling Conference for 30 days, making Defendant's answer due no later than September 16, 2026. (Dkt. 9).

7. The Court granted the Parties' joint motion, ordered Defendant to file a response no later than September 16, 2026, and continued the Initial Scheduling Conference until October 22, 2026, at 10:00 AM. (Dkt. 10).

8. The Parties have continued to engage in good faith settlement negotiations.

9. On September 11, 2026, the Parties agreed that a 30-day extension of Defendant's deadline to respond to the FAC until October 16, 2026, would be appropriate to allow the parties to continue their negotiations and, hopefully, reach a resolution.

10.The Parties agree that good cause exists for the additional 30-day extension because the time will allow the Parties to continue settlement negotiations, without requiring the Defendant to expend additional resources to respond to the FAC and without using other Court resources. This joint motion is made solely for this purpose and not for purposes of delay.

(*Id.*).

Upon review, the Court shall grant the parties' joint motion and HEREBY ORDERS Defendants to file a response to the first amended complaint no later than October 16, 2026. Additionally, the Court shall continue the currently set October 22, 2026, scheduling conference to November 2, 2026, at 10:00 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **September 11, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE