**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| LORI LIEB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No. 1:26-cv-04448-JLT-EPG<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUATION OF THE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 13 |

On October 13, 2026, the Parties filed a joint motion to extend time for Defendant to respond to Plaintiff's First Amended Complaint. (Dkt. No. 11) This motion provides the following:

> Plaintiff LORI LIEB ("Plaintiff") and Defendant QUEST DIAGNOSTICS INCORORATED ("Defendant"), by and through their respective counsel, hereby jointly move the Court for an extension of time for Defendant to file a response to the First Amended Complaint ("FAC") and for a continuance of

the Initial Scheduling Conference. The total period of extension already obtained by the Parties is as follows:

1. Plaintiff filed the Complaint on June 9, 2026 (Dkt. 1).
2. On June 10, 2026, the Court issued a summons and set an Initial Scheduling Conference for September 15, 2026. (Dkt. 3).
3. Plaintiff filed the FAC on June 25, 2026, (Dkt. 5) and served Defendant on June 29, 2026.
4. The Parties entered into a Stipulation to Extend Time to respond to the FAC by 28 days pursuant to Local Rule 144(a), making the response due on August 17, 2026. (Dkt. 7).
5. The Court granted the Parties' Stipulation to Extend Time to Respond to the FAC and ordered Defendant to file a response no later than August 17, 2026. (Dkt. 8).
6. The Parties filed a joint motion to extend Defendant's time to respond to the FAC and continue the Initial Scheduling Conference for 30 days, making Defendant's answer due no later than September 16, 2026. (Dkt. 9).
7. The Court granted the Parties' joint motion, ordered Defendant to file a response no later than September 16, 2026, and continued the Initial Scheduling Conference until October 22, 2026, at 10:00 AM. (Dkt. 10).
8. The Parties filed a joint motion to extend Defendant's time to respond to the FAC for 30 days, making Defendant's answer due no later than October 16, 2026 (Dkt. 11).
9. The Court granted the Parties' joint motion, ordered Defendant to file a response no later than October 16, 2026, and continued the Initial Scheduling Conference until November 2, 2026, at 10:00 AM. (Dkt. 12).
10. The Parties have continued to engage in good faith settlement negotiations

and are discussing an inspection of the site noted in the FAC.

11. On October 9, 2026, the Parties agreed that a 31-day extension of Defendant's deadline to respond to the FAC until November 16, 2026, would be appropriate to allow the parties to continue their negotiations and, hopefully, reach a resolution.

12. Relatedly, the Parties wish to continue the Initial Scheduling Conference currently scheduled for November 2, 2026, by at least 28 days, until November 30, 2026, or another date convenient for the Court.

13. The Parties agree that good cause exists for the additional 31-day extension and the continuance because the time will allow the Parties to continue settlement negotiations, without requiring the Defendant to expend additional resources to respond to the FAC and without using other Court resources. This joint motion is made solely for this purpose and not for purposes of delay.

///

///

///

ORDER

Upon review, the Court shall grant the Parties' joint motion and HEREBY ORDERS Defendant file a response to the First Amended Complaint no later than November 16, 2026. Additionally, the Court shall continue the currently set November 2, 2026, Initial Scheduling Conference to November 30, 2026, at 11:00 a.m. The parties are directed to file a joint scheduling report no later than seven days period to the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated: **October 14, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE