FILED

OCT 19 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY FMN
DEPUTY CLERK

United States District Court
Eastern District of California

LORI LIEB, an individual

Plaintiff(s)

V.

**QUEST DIAGNOSTICS INCORPORATED, a Delaware Corporation, and DOES 1-10,**

Defendant(s)

Case Number: 1:26-cv-04448-JLT-EPG

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Shira M. Blank hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Quest Diagnostics Incorporated

On 02/13/2015 (date), I was admitted to practice and presently in good standing in the **U.S. District Court f/t Eastern Dist. of N.Y.** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/16/2026

Signature of Applicant: /s/ Shira M. Blank

**Pro Hac Vice Attorney**

Applicant's Name: Shira M. Blank

Law Firm Name: Epstein Becker & Green, P.C.

Address: 875 Third Avenue

City: New York State: NY Zip: 10022

Phone Number w/Area Code: (212) 351-4921

City and State of Residence: New York, New York

Primary E-mail Address: SBlank@ebglaw.com

Secondary E-mail Address: SBlank@ebglaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jonathan M. Brenner

Law Firm Name: Epstein Becker & Green, P.C.

Address: 1925 Century Park East, Suite 500

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (310) 556-8861 Bar # 162366

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/19/26

JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Brenna B. Mahoney, Clerk of this Court,

certify that Shira M. Blank, Bar # SB2805,

was duly admitted to practice in this Court on 02/13/2015, and is in good standing as a member

of the Bar of this Court.

Dated at Central Islip on 08/07/2026

*(Location)* *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

Laura Jakubowski, *DEPUTY CLERK*