**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

LORI LIEB, an individual,

Plaintiff,

v.

QUEST DIAGNOSTICS INCORPORATED, a Delaware Corporation; and DOES 1-10,

Defendants.

Case No. 1:26-cv-04448-JLT-EPG

ORDER GRANTING JOINT MOTION TO STAY DEADLINES AND CONTINUE INITIAL SCHEDULING CONFERENCE

(ECF No. 17)

On November 12, 2026, the Parties filed a joint motion to stay deadlines, including Defendant's deadline to respond to Plaintiff's First Amended Complaint. (ECF No. 15) This motion provides the following:

> Plaintiff LORI LIEB ("Plaintiff") and Defendant QUEST DIAGNOSTICS INCORORATED ("Defendant"), by and through their respective counsel, hereby jointly move the Court for a stay of all deadlines, including Defendant's deadline to file a response to the First Amended Complaint ("FAC") and for a continuance of the Initial

Scheduling Conference. The total period of extension already obtained by the Parties is as follows:

1. Plaintiff filed the Complaint on June 9, 2026 (Dkt. 1.)
2. On June 10, 2026, the Court issued a summons and set an Initial Scheduling Conference for September 15, 2026. (Dkt. 3.)
3. Plaintiff filed the FAC on June 25, 2026, (Dkt. 5) and served Defendant on June 29, 2026.
4. The Parties entered into a Stipulation to Extend Time to respond to the FAC by 28 days pursuant to Local Rule 144(a), making the response due on August 17, 2026. (Dkt. 7.)
5. The Court granted the Parties' Stipulation to Extend Time to Respond to the FAC and ordered Defendant to file a response no later than August 17, 2026. (Dkt. 8.)
6. The Parties filed a joint motion to extend Defendant's time to respond to the FAC and continue the Initial Scheduling Conference for 30 days, making Defendant's answer due no later than September 16, 2026. (Dkt. 9.)
7. The Court granted the Parties' joint motion, ordered Defendant to file a response no later than September 16, 2026, and continued the Initial Scheduling Conference until October 22, 2026, at 10:00 AM. (Dkt. 10.)
8. The Parties filed a joint motion to extend Defendant's time to respond to the FAC for 30 days, making Defendant's answer due no later than October 16, 2026 (Dkt. 11.)
9. The Court granted the Parties' joint motion, ordered Defendant to file a response no later than October 16, 2026, and continued the Initial Scheduling Conference until November 2, 2026, at 10:00 AM. (Dkt. 12.)
10. The Parties filed a joint motion to extend Defendant's time to respond to the FAC for 31 days and continue the Initial Scheduling Conference for 28 days, making Defendant's answer due no later than November 16, 2026. (Dkt. 13.)
11. The Court granted the Parties' joint motion, ordered Defendant to file a response no

later than November 16, 2026, and continued the Initial Scheduling Conference until November 30, 2026, at 11:00 AM. (Dkt. 14.)

12. The Parties have continued to engage in good faith settlement negotiations and have scheduled an inspection of the site noted in the FAC for December 2, 2026.
13. The Parties respectfully submit that a stay of Defendant's deadline to respond to the FAC until February 1, 2027, would be appropriate to allow the inspection to occur, Plaintiff's expert to prepare their report, and the Parties to review and discuss the prepared report to continue their negotiations and, hopefully, if appropriate, reach a resolution.
14. Relatedly, the Parties respectfully request that the Court continue the Initial Scheduling Conference currently scheduled for November 30, 2026, until February 15, 2027, or another date convenient for the Court.
15. The Parties agree that good cause exists for the stay and the continuance because the time will allow the Parties to conduct the inspection, assess and discuss the expert's report, and continue settlement negotiations, without requiring the Defendant to expend additional resources to respond to the FAC and without using other Court resources. This joint motion is made solely for this purpose and not for purposes of delay.

///

///

//

///

///

///

///

ORDER

Upon review, the Court shall grant the Parties' joint motion and HEREBY STAYS ALL DEADLINES AND ORDERS Defendant to file a response to the First Amended Complaint no later than February 1, 2027. Additionally, the Court shall continue the currently set November 30, 2026, Initial Scheduling Conference to February 22, 2027, at 10:00 a.m. The parties are directed to file a joint scheduling report no later than seven days period to the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated: **November 16, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE